B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mazurek, John Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mazurek, Pamela F.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FKA Pamela Farmer** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9368** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7909** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7 N 295 Whispering Trail**<br>**Saint Charles, IL**<br><div align="right">ZIP Code **60175**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7 N 295 Whispering Trail**<br>**Saint Charles, IL**<br><div align="right">ZIP Code **60175**</div> |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br><br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mazurek, John Michael** |
| | **Mazurek, Pamela F.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                            Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Mazurek, John Michael** |
| | **Mazurek, Pamela F.** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Michael Mazurek**
Signature of Debtor    **John Michael Mazurek**

X **/s/ Pamela F. Mazurek**
Signature of Joint Debtor **Pamela F. Mazurek**

Telephone Number (If not represented by attorney)

**October 2, 2008**
Date

## Signature of Attorney*

X **/s/ Barbara L. Yong**
Signature of Attorney for Debtor(s)

**Barbara L. Yong**
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
Firm Name

**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**

Address

**Email: Blyong@golanchristie.com**
**(312) 263-2300 Fax: (312) 263-0939**
Telephone Number

**October 2, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   John Michael Mazurek
         Pamela F. Mazurek                                       Case No.
                                                 Debtor(s)         Chapter   7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ John Michael Mazurek
                           John Michael Mazurek
Date:    October  2, 2008

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  John Michael Mazurek
       Pamela F. Mazurek

Debtor(s)

Case No.

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Pamela F. Mazurek
                        Pamela F. Mazurek

Date:    October  2, 2008

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **John Michael Mazurek,**
        **Pamela F. Mazurek**

Case No. _____

_____,

Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 550,000.00 | | |
| B - Personal Property | Yes | 3 | 66,906.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,003,521.75 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 2,054,512.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 11 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 17,325.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 16,189.16 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| | Total Assets | | 616,906.00 | | |
| | | Total Liabilities | | 4,058,033.91 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John Michael Mazurek,**           Case No. _____
**Pamela F. Mazurek**

_____,     Chapter_____**7**_____
Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **John Michael Mazurek,**
**Pamela F. Mazurek**

Case No. _____

Debtors,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **7N295 Whispering Trail**<br>**St. Charles, Illinois 60175** | **Joint tenants by entireties** | J | **550,000.00** | **564,286.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **550,000.00** | (Total of this page) |
| Total > | **550,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **John Michael Mazurek,**                                      Case No. _____
        **Pamela F. Mazurek**

                                    Debtors                     ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Harris Bank, account #4801639194.**<br><br>**Checking account at National City, account #603945125.** | J<br><br>W | 200.00<br><br>1,700.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Clothing, Jewelry and Electronics** | J | 4,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **5,900.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **John Michael Mazurek,**
          **Pamela F. Mazurek**                                                    Case No. _____

_____ ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Precision American Metals, LLC 38.5% interest** | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Due to Pamela Mazurek $1,825 / month** | W | 1,825.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Note payable from Precision American Metals for $300,000.00** | W | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Opportunity to file amended tax return for 2006** | J | 21,000.00 |

|  | Sub-Total > | 22,825.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **John Michael Mazurek,**
      **Pamela F. Mazurek,**                               ,       Case No. _____
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Honda Odyssey | W | 13,000.00 |
| | | 2007 Honda Ridgeline | H | 25,181.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | |
|---|---|---|
| Sub-Total > | 38,181.00 |
| (Total of this page) | |
| Total > | 66,906.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re  **John Michael Mazurek,**                                    Case No. _____
      **Pamela F. Mazurek**

_____,
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **7N295 Whispering Trail** | **735 ILCS 5/12-901** | **30,000.00** | **550,000.00** |
| **St. Charles, Illinois 60175** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at Harris Bank, account #4801639194.** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| | | | |
| **Checking account at National City, account #603945125.** | **735 ILCS 5/12-1001(b)** | **1,700.00** | **1,700.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Clothing, Jewelry and Electronics** | **735 ILCS 5/12-1001(a)** | **4,000.00** | **4,000.00** |
| | | | |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| **Due to Pamela Mazurek $1,825 / month** | **735 ILCS 5/12-1001(g)(4)** | **1,825.00** | **1,825.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 Honda Odyssey** | **735 ILCS 5/12-1001(b)** | **6,100.00** | **13,000.00** |
| | **735 ILCS 5/12-1001(c)** | **4,800.00** | |

                             Total:     **48,625.00**     **570,725.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **John Michael Mazurek,**
　　　**Pamela F. Mazurek**

Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

　　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**Amada America, Inc.**<br>**c/o Connolly Roberts & McGiveny**<br>**55 E. Monroe**<br>**Chicago, IL 60603** | X | | J | | **Judgement entered, citation issued September 2008** | | | X | | |
| | | | | | Value $　　　　　　**0.00** | | | | 1,413,446.08 | 1,413,446.08 |
| Account No. **842 08945**<br><br>**American Honda Finance**<br>**20800 Madrona Avenue**<br>**Torrance, CA 90503** | | H | | | **August 2006**<br><br>**2007 Honda Ridgeline Truck** | | | | | |
| | | | | | Value $　　　　**25,181.00** | | | | 25,789.79 | 608.79 |
| Account No. **5779951**<br><br>**National City Mortgage**<br>**P.O. Box 533510**<br>**Atlanta, GA 30353-3510** | | J | | | **July 2003**<br><br>**7 N 295 Whispering Trail**<br>**St. Charles, IL** | | | | | |
| | | | | | Value $　　　**550,000.00** | | | | 564,285.88 | 14,285.88 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

　**0**　 continuation sheets attached

Subtotal
(Total of this page)

| 2,003,521.75 | 1,428,340.75 |
|---|---|

Total
(Report on Summary of Schedules)

| 2,003,521.75 | 1,428,340.75 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re  **John Michael Mazurek,**
**Pamela F. Mazurek**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**      continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **John Michael Mazurek,**
        **Pamela F. Mazurek**                                                    Case No. _____

                                          Debtors                      ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Abrasive Solutions** **432 Raintree Drive** **Oswego, IL 60543** | X | J | | | Products/Services provided to Precision American Metals, LLC beginning approximately 2006 | | | X | 1,161.71 |
| Account No. **Accountemps** **12400 Collections Center Drive** **Chicago, IL 60693** | X | J | | | Products/Services provided to Precision American Metals, LLC beginning approximately 2006 | | | X | 2,340.00 |
| Account No. **Adams Industries** **1945 N. 30th Street** **Milwaukee, WI 53208** | X | J | | | Products/Services provided to Precision American Metals, LLC beginning approximately 2006 | | | X | 1,999.95 |
| Account No. **Addison Abrasives** **P.O. Box 1008** **Arlington Heights, IL 60006** | X | J | | | Products/Services provided to Precision American Metals, LLC beginning approximately 2006 | | | X | 256.04 |

| | | |
|---|---|---|
| __27__   continuation sheets attached | Subtotal (Total of this page) | 5,757.70 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:24966-080918   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Michael Mazurek,**                                    Case No. _____
         **Pamela F. Mazurek**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Advanta Bank Corp.** <br> **c/o Federated Financial Corp. of Am** <br> **P.O. Box 2034** <br> **Farmington, MI 48333-2034** | X | J | **Products/Services provided to Precision American Metals, LLC beginning approximately 2006** | | | X | 18,359.23 |
| Account No. <br><br> **Air Flow Company, Inc.** <br> **850 W. Fullerton Avenue** <br> **Addison, IL 60101** | X | J | **Products/Services provided to Precision American Metals, LLC beginning approximately 2006** | | | X | 1,336.00 |
| Account No. <br><br> **Airgas North Central** <br> **P.O. Box 2395** <br> **Waterloo, IA 50704** | X | J | **Products/Services provided to Precision American Metals, LLC beginning approximately 2006** | | | X | 19,059.98 |
| Account No. <br><br> **Alpha Coating** <br> **1735 W. Cortland Ct.** <br> **Addison, IL 60101** | X | J | **Products/Services provided to Precision American Metals, LLC beginning approximately 2006** | | | X | 1,800.00 |
| Account No. 3715 379743 61000 <br><br> **American Express** <br> **c/o NCO Financial Systems** <br> **500 N. Franklin Turnpike** <br> **Ramsey, NJ 07446** | X | W | **Business expenses for Precision American Metals, LLC beginning in 2007** | | | X | 13,203.85 |

Sheet no. __1__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          53,759.06

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**
　　　**Pamela F. Mazurek**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Financial Group**<br>**902 S. Randall Road**<br>**Suite C-201**<br>**Saint Charles, IL 60174** | X | J | **2006**<br>**Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 1,450.00 |
| Account No.<br><br>**American Parts and Service**<br>**744 N. Brookdale Drive**<br>**Schaumburg, IL 60194** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 1,711.36 |
| Account No.<br><br>**Apex Wire Products**<br>**9030 Gage Avenue**<br>**Franklin Park, IL 60131** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 300.00 |
| Account No.<br><br>**Atlas Copco**<br>**75 Remittance Drive Suite 3009**<br>**Chicago, IL 60675-3009** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 1,735.54 |
| Account No. 5490 9900 6909 6285<br><br>**Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5726** | | H | **Business expenses for Precision American Metals, LLC beginning in 2007** | | | X | 18,131.98 |

Sheet no. __2__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,328.88

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Michael Mazurek,**              Case No. _____
       **Pamela F. Mazurek**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **749 75661 0722 35**<br><br>**Bank of America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886-5102** | | H | Business expenses for Precision American Metals, LLC beginning in 2007 | | | X | 46,378.53 |
| Account No.<br><br>**Batavia Industrial Center**<br>**1040 Kingsland Drive**<br>**Batavia, IL 60510** | X | J | 2006<br>Guaranty of commerical lease for Precision American Metals, LLC | | | X | 40,000.00 |
| Account No.<br><br>**Belmont Plating**<br>**9145 King Street**<br>**Franklin Park, IL 60131** | X | J | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 4,135.68 |
| Account No.<br><br>**BL Downey**<br>**2125 Gardner Rd.**<br>**Broadview, IL 60155** | X | J | 2006/2007<br>Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 12,647.20 |
| Account No.<br><br>**Blue Cross**<br>**300 E. Randolph**<br>**Chicago, IL 60601** | X | J | Health Insurance Premiums for Precision American Metals, LLC | | | X | 657.72 |

Sheet no. __3___ of __27__ sheets attached to Schedule of          Subtotal        | 103,819.13 |
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**
      **Pamela F. Mazurek**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4636 6760 0598 9158**<br><br>**BMW Bank of North America**<br>**Penncro Associates, Inc.**<br>**P.O. Box 1878**<br>**Southampton, PA 18966-9998** | | H | **2001**<br>**Credit Card** | | | | 16,035.57 |
| Account No.<br><br>**Bodycote Testing Group**<br>**7530 Frontage Road**<br>**Skokie, IL 60077** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 250.00 |
| Account No.<br><br>**Buckeye Fasteners**<br>**P.O. Box 5854**<br>**Cleveland, OH 44193** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 261.50 |
| Account No.<br><br>**Bulaw Welding**<br>**750 North Rohlwing Road**<br>**Itasca, IL 60143** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 4,001.40 |
| Account No.<br><br>**Butler Metal Spinning Corp.**<br>**12120 West Silver Spring Road**<br>**Milwaukee, WI 53225-2930** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 3,366.72 |

Sheet no. __4__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     23,915.19

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Michael Mazurek,**
         **Pamela F. Mazurek**                                        Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **C Beyond** <br> **13474 Collection Center Drive** <br> **Chicago, IL 60693** | X | | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 1,131.41 |
| Account No. <br><br> **Central Steel & Wire Company** <br> **Cosmopolitan Service Corp.** <br> **1606 Colonial Parkway** | X | | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 8,182.58 |
| Account No. 4366 1410 2256 3227 <br><br> **Chase** <br> **Card Member Services** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | H | | | Business expenses for Precision American Metals, LLC beginning in 2007 | | | X | 15,724.01 |
| Account No. <br><br> **Chicago Messenger Service** <br> **3188 Eagle Way** <br> **Chicago, IL 60678-1318** | X | | J | | 2007 <br> Products/Services provided to Precision American Metals, LLC | | | X | 1,205.82 |
| Account No. <br><br> **Chicago Suburban Express** <br> **P.O. Box 388568** <br> **Chicago, IL 60638** | X | | J | | 2007 <br> Products/Services provided to Precision American Metals, LLC | | | X | 85.64 |

Sheet no. __5__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,329.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**
　　　　**Pamela F. Mazurek**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  **City of Batavia** **100 N. Island Avenue** **Batavia, IL 60510** | X | J | | | Utilities (gas, water, sewer, electric) for commercial leased premises. | | | X | 6,141.61 |
| Account No.  **Clear Staff** **Parker & Meltzer** **1420 Renaissance Drive Suite 411** **Park Ridge, IL 60068** | X | J | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 4,295.91 |
| Account No.  **COGS Enterprise** **132 W. Devon** **Bensenville, IL 60106** | X | J | | | 2007 Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 1,882.66 |
| Account No.  **Columbia Pipe & Supply** **1120 West Pershing Road** **Chicago, IL 60609** | X | J | | | 2006/2007 Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 8,383.52 |
| Account No.  **Comer's Welding Inc.** **P.O. Box 317** **Montgomery, IL 60538** | X | J | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 954.62 |

Sheet no. __6___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,658.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**    Case No. _____
       **Pamela F. Mazurek**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Copper & Brass**<br>**415 E. State Parkway**<br>**Schaumburg, IL 60173** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 97,958.51 |
| Account No.<br><br>**Corr-Pak**<br>**8000 Joliet Road**<br>**La Grange, IL 60525** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 5,300.06 |
| Account No.<br><br>**Country Gas**<br>**4010 US Hwy. 14**<br>**Crystal Lake, IL 60014** | X | J | | | **2007/2008 Products/Services provided to Precision American Metals, LLC** | | | X | 1,403.16 |
| Account No.<br><br>**D&D Metal Finishing**<br>**457 Camden Drive**<br>**Bloomingdale, IL 60108** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 1,090.00 |
| Account No.<br><br>**Degiorgio, Joe**<br>**3640 Woodbury Pointe**<br>**Cumming, GA 30040** | X | J | | | **2008 Commission due for services provided to Precision American Metals, LLC** | | | X | 4,500.00 |

Sheet no. __7__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    110,251.73

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Michael Mazurek,**
     **Pamela F. Mazurek**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | June 10, 2008 **Guaranty of money loaned to Precision American Metals, LLC** | | | | |
| **Detelich, Tom** **38 W. 569 Fairway** **Saint Charles, IL 60175** | X | H | | | | | | X | 50,000.00 |
| Account No. | | | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | | |
| **DHL** **14105 Collections Center Drive** **Chicago, IL 60693** | X | J | | | | | | X | 445.10 |
| Account No. | | | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | | |
| **Diamond Spray Painting, Inc.** **1840 Production Drive** **Saint Charles, IL 60174** | X | J | | | | | | X | 217.45 |
| Account No. | | | | | 2007 **Products/Services provided to Precision American Metals, LLC** | | | | |
| **Diversified Transportation** **19829 Hamilton Avenue** **Torrance, CA 90502** | X | J | | | | | | X | 689.44 |
| Account No. | | | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | | |
| **DuPont Powder Coatings** **9800 Genard Road** **Houston, TX 77041** | X | J | | | | | | X | 1,900.78 |

Sheet no. __8__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,252.77

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**
**Pamela F. Mazurek**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dynamex** <br> **5429 LBJ Freeway Suite 1000** <br> **Dallas, TX 75240** | X | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 142.09 |
| Account No. <br><br> **EPSI** <br> **4221 Courtney Road** <br> **Franksville, WI 53126** | X | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 680.15 |
| Account No. <br><br> **ER Wagner** <br> **8822 W. 47th Street** <br> **Brookfield, IL 60513** | X | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 2,475.00 |
| Account No. <br><br> **Factory Cleaning Equipment** <br> **1578A Beverly Court** <br> **Aurora, IL 60502** | X | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 1,062.20 |
| Account No. <br><br> **Fastenal Supplies** <br> **900 Paramount Parkway** <br> **Batavia, IL 60510** | X | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 1,055.85 |

Sheet no. __9__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,415.29

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Michael Mazurek,**
     **Pamela F. Mazurek**                                        Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Faze II** <br> **1236 Capitol Drive** <br> **Addison, IL 60101** | X | J | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 1,645.50 |
| Account No. <br><br> **FBN Enterprises, Inc.** <br> **P.O. Box 381** <br> **Addison, IL 60101** | X | J | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 150.00 |
| Account No. <br><br> **Fed Ex** <br> **942 S. Shady Grove Road** <br> **Memphis, TN 38120** | X | J | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 1,450.80 |
| Account No. <br><br> **First Choice Staffing, Inc.** <br> **75 Executive Drive, Suite 101** <br> **Aurora, IL 60504** | X | J | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 17,555.25 |
| Account No. <br><br> **Fitch Metal Solutions** <br> **3401 Sandstone Court** <br> **Lake In The Hills, IL 60156** | X | J | | **2008** <br> **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 2,012.50 |

Sheet no. __**10**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                           Subtotal
                                          (Total of this page)     **22,814.05**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**
**Pamela F. Mazurek**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J | | | | | |
| Account No. <br><br>**Frankenmuth Insurance**<br>**One Mutual Avenue**<br>**Frankenmuth, MI 48787-0001** | X | | J | **Insurance brokerage for liability insurance for Precision American Metals, LLC** | | | X | 8,632.20 |
| Account No. <br><br>**Fuchs & Rosselli**<br>**440 West Randolph Street Suite 500**<br>**Chicago, IL 60606** | X | | J | **July 2007**<br>**Attorney fees for business dispute** | | | X | 15,000.00 |
| Account No. <br><br>**Future Link**<br>**25 W. 658 St. Charles Road**<br>**Carol Stream, IL 60188** | X | | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 1,996.00 |
| Account No. <br><br>**Galaxy Associates**<br>**2786 Reliable Parkway**<br>**Chicago, IL 60686-0027** | X | | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 1,513.20 |
| Account No. <br><br>**Gatto Ind. Platers Inc.**<br>**4320 W. Roosevelt Road**<br>**Chicago, IL 60644-1430** | X | | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 8,692.70 |

Sheet no. __11__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,834.10

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Michael Mazurek,**
　　　**Pamela F. Mazurek**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**General Plating Co.** <br>**303 W. Fay** <br>**Addison, IL 60101** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | <br><br><br>295.00 |
| Account No. <br><br>**GL Packaging** <br>**1135 Carolina Drive** <br>**Carol Stream, IL 60122** | X | J | | | **2007** <br>**Products/Services provided to Precision American Metals, LLC** | | | X | <br><br><br>625.07 |
| Account No. <br><br>**Grainger** <br>**100 Grainger Parkway** <br>**Lake Forest, IL 60045** | X | J | | | **2008** <br>**Products/Services provided to Precision American Metals, LLC** | | | X | <br><br><br>2,533.11 |
| Account No. 960 87608 7000001 <br><br>**Great Lakes College Loan Corp.** <br>**P.O. Box 3059** <br>**Milwaukee, WI 53201-3059** | | H | | | **September 2007** <br>**Student Loan for son** | | | | <br><br><br>100,000.00 |
| Account No. <br><br>**Great Lakes Specialty Metals** <br>**1720 Tyler Road** <br>**Saint Charles, IL 60174-3412** | X | J | | | **2008** <br>**Products/Services provided to Precision American Metals, LLC** | | | X | <br><br><br>762.27 |

Sheet no. __12__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104,215.45

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Michael Mazurek,**　　　　　　　　　　　　　Case No. _____
　　　　**Pamela F. Mazurek**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Groot Industries**<br>**P.O. Box 309**<br>**Elk Grove Village, IL 60009** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 237.19 |
| Account No.<br><br>**Hanson Metal Finishing**<br>**479 S. Vista Avenue**<br>**Addison, IL 60101** | X | J | **2007**<br>**Products/Services provided to Precision American Metals, LLC** | | | X | 130.00 |
| Account No.<br><br>**Harris Bank**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197-6201** | X | J | **July 27, 2006**<br>**Personal guaranty of loan to Precision American Metals, LLC** | | | X | 385,366.44 |
| Account No. 9901 401 617<br><br>**Harris Bank**<br>**3800 Golf Road Suite 300**<br>**Rolling Meadows, IL 60008** | | H | **September 2006**<br>**Car Loan**<br>**(F350 voluntary surrender 9/08)** | | X | | 4,000.00 |
| Account No.<br><br>**Hartford Financial Services Group**<br>**One Hartford Plaza**<br>**Hartford, CT 06155** | X | J | **Insurance for Precision American Metals, LLC** | | | X | 8,803.32 |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　398,536.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Michael Mazurek,**                                 Case No. _____
       **Pamela F. Mazurek**

                                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6035 3221 2983 4689**<br><br>**Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | X | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 9,284.43 |
| Account No.<br><br>**IB&M Tubular Products**<br>**1919 W. 19th Street**<br>**Broadview, IL 60155-4659** | X | J | | 2007<br>Products/Services provided to Precision American Metals, LLC | | | X | 1,225.00 |
| Account No.<br><br>**Illinois Lock Company**<br>**301 W. Hintz Road**<br>**Wheeling, IL 60090** | X | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 294.77 |
| Account No.<br><br>**Illinois Tollway Authority**<br>**P.O. Box 5201**<br>**Lisle, IL 60532** | X | J | | September 8, 2008<br>Toll Violations (fines) | | | X | 462.45 |
| Account No.<br><br>**Image industries, Inc.**<br>**P.O. Box 92170**<br>**Elk Grove Village, IL 60009** | X | J | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 270.41 |

Sheet no. __14__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,537.06

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Michael Mazurek,**
**Pamela F. Mazurek**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Imperial Plating** **7030 West 60th Street** **Chicago, IL 60638** | X | J | | | | | | X | |
| | | | | | | | | | 1,260.79 |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Integrity Rotational Molding** **P.O. Box 665** **Peru, IN 46970** | X | J | | | | | | X | |
| | | | | | | | | | 28,385.63 |
| Account No. | | | | | December 26, 2006 Guaranty of money loaned to Precision American Metals, LLC | | | | |
| **Irish, Joseph** **919 Chesapeake Blvd.** **Grayslake, IL 60030** | X | H | | | | | | X | |
| | | | | | | | | | 88,000.00 |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **J&L Industrial Supply** **P.O. Box 382070** **Pittsburgh, PA 15250** | X | J | | | | | | X | |
| | | | | | | | | | 4,423.40 |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Joseph T. Reyerson & Son, Inc.** **7440 W. 100th Place** **Midlothian, IL 60445** | X | J | | | | | | X | |
| | | | | | | | | | 34,355.48 |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

156,425.30

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Michael Mazurek,**
     **Pamela F. Mazurek,**                                                    Case No. _____

_____ ,
                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Keneal Graphic Solutions**<br>**679 Parkwood Avenue**<br>**Romeoville, IL 60446** | X | J | **2007**<br>**Products/Services provided to Precision American Metals, LLC** | | | X | 479.40 |
| Account No.<br><br>**Knox & Schneider**<br>**914 West Superior Street**<br>**Chicago, IL 60622** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 8,708.24 |
| Account No.<br><br>**Kuzelka, Keith**<br>**1175 Litchfield Lane**<br>**Bartlett, IL 60103** | | H | **2006**<br>**Contribution for payment of prior business debt.** | | | | 22,500.00 |
| Account No.<br><br>**Lost Creek Machine**<br>**3277 E. 18th Road**<br>**Ottawa, IL 61350** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 27.97 |
| Account No.<br><br>**Lowe's Commercial Services**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353** | X | J | **2007**<br>**Products/Services provided to Precision American Metals, LLC** | | | X | 1,314.72 |

Sheet no. __**16**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,030.33

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Michael Mazurek,**
      **Pamela F. Mazurek**
                                                   **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Mascal Electric Inc.** **1888 State Street** **Dekalb, IL 60115** | X | J | | | | X | 1,574.35 |
| Account No. | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Mate Precision Tooling** **1295 Lund Blvd.** **Anoka, MN 55303** | X | J | | | | X | 3,825.37 |
| Account No. | | | 2006 Guaranty of corporate obligation | | | | |
| **Mazurek, Linda** **1530 Orchard Road** **Wheaton, IL 60187** | X | J | | | | X | 200,000.00 |
| Account No. | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **MCC Technology** **720 N. 17th Street Suite 4** **Saint Charles, IL 60175** | X | J | | | | X | 10,201.96 |
| Account No. | | | 2007 Products/Services provided to Precision American Metals, LLC | | | | |
| **McMaster Carr** **600 N. County Line Road** **Elmhurst, IL 60126-2081** | X | J | | | | X | 4,327.41 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

219,929.09

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Michael Mazurek,**         Case No. _____
     **Pamela F. Mazurek**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Mendel Plumbing & Heating, Inc**<br>**3N640 N. 17th Street**<br>**Saint Charles, IL 60174** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 8,904.38 |
| Account No.<br><br>**MetalSoft**<br>**14921 East Northam Street**<br>**La Mirada, CA 90638** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 8,290.00 |
| Account No.<br><br>**Metrolift**<br>**679 Heartland Drive**<br>**Sugar Grove, IL 60554** | X | J | | | **2006/2007**<br>**Products/Services provided to Precision American Metals, LLC** | | | X | 3,180.00 |
| Account No.<br><br>**Midwest Steel Blanking Inc.**<br>**57 Eisenhower Lane S**<br>**Lombard, IL 60148** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 8,050.40 |
| Account No.<br><br>**MIE Solutions**<br>**12872 Valley View Ste. 8**<br>**Garden Grove, CA 92845** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 3,000.00 |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **31,424.78**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Michael Mazurek,**                                    Case No. _____
       **Pamela F. Mazurek**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | |
| **Minuteman Press** **3 South 009 Route 59** **Warrenville, IL 60555** | X | J | | | | | 274.05 |
| Account No. | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | |
| **Monarch Steel Co.** **2464 N. Clybourne Avenue** **Chicago, IL 60614-1918** | X | J | | | | | 22,445.10 |
| Account No. | | | 2007 Products/Services provided to Precision American Metals, LLC | | | X | |
| **MSC Industrial Supply** **945 Englewood Drive** **Suite E** **Wood Dale, IL 60191** | X | J | | | | | 4,423.40 |
| Account No. | | | 2008 Products/Services provided to Precision American Metals, LLC | | | X | |
| **Napco Steel** **1800 Arthur Drive** **West Chicago, IL 60185** | X | J | | | | | 872.78 |
| Account No. | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | |
| **Nationwide Transportation** **7345 W. 100th Place Suite 204** **Bridgeview, IL 60455** | X | J | | | | | 3,368.00 |

Sheet no. __19__ of __27__ sheets attached to Schedule of          Subtotal          | 31,383.33 |
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

10/02/08  3:10PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **John Michael Mazurek,**
     **Pamela F. Mazurek,**
                                               ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NICOR Gas**<br>**P.O. Box 2020**<br>**Chicago, IL 60607-2020** | X | J | **Gas heating for Precision American Metals, LLC** | | | X | 812.88 |
| Account No. <br><br>**Penske Truck Leasing**<br>**448 W. North Avenue**<br>**Lombard, IL 60148** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 684.00 |
| Account No. <br><br>**Pittsburg Paints Division**<br>**P.O. Box 536864**<br>**Atlanta, GA 30353** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 20,038.83 |
| Account No. <br><br>**Prairie State Packaging**<br>**917 W. Wilson Street**<br>**Box 511**<br>**Batavia, IL 60510** | X | J | **2007**<br>**Products/Services provided to Precision American Metals, LLC** | | | X | 681.12 |
| Account No. <br><br>**Precision Screen**<br>**3905 Commerce Drive**<br>**Saint Charles, IL 60174** | X | J | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 300.00 |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,516.83

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**
     **Pamela F. Mazurek**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No.<br><br>**Prometco**<br>**390 River Ridge**<br>**Elgin, IL 60123** | X | J | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 13,366.00 |
| Account No.<br><br>**Riteway Brake Dies, inc.**<br>**7440 W. 100th Pl.**<br>**Bridgeview, IL 60455** | X | J | | | 2007/2008<br>Products/Services provided to Precision American Metals, LLC | | | X | 2,329.29 |
| Account No.<br><br>**S&N Products, Inc.**<br>**851 N. Raddant Road**<br>**Batavia, IL 60510** | X | J | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 9,475.00 |
| Account No.<br><br>**Safety Supply of Illinois**<br>**1040 Kingsland Drive**<br>**Batavia, IL 60510** | X | J | | | 2008<br>Products/Services provided to Precision American Metals, LLC | | | X | 881.21 |
| Account No.<br><br>**Sanders Tool and Supply**<br>**1506 W. Luthy Dr.**<br>**Peoria, IL 61615** | X | J | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 799.52 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,851.02

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

10/02/08  3:10PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Michael Mazurek,**
         **Pamela F. Mazurek**                                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| Sandpaper Inc. of Illinois P.O. Box 2579 Glen Ellyn, IL 60138 | X | J | | | | | | X | 111.52 |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| Schmidt, Geo T. 6151 W. Howard Niles, IL 60714 | X | J | | | | | | X | 539.22 |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| Sikich, LLP 998 Corporate Aurora, IL 60502 | X | J | | | | | | X | 10,026.26 |
| Account No. | | | | | Guaranty of money loaned to Precision American Metals, LLC in June 2007 | | | | |
| Spandikow, Mark 350 Duane Street Glen Ellyn, IL 60137 | X | J | | | | | | X | 100,000.00 |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| Specified Plating 320 N. Harding Avenue Chicago, IL 60624 | X | J | | | | | | X | 3,957.95 |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

114,634.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**    Case No. _____
**Pamela F. Mazurek**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| Spitzmesser Inc. 16629 Spangler Plainfield, IL 60586-9632 | X | J | | | | | | X | |
| | | | | | | | | | 2,100.00 |
| Account No. | | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| Spraylat Corporation 24268 Network Place Chicago, IL 60673 | X | J | | | | | | X | |
| | | | | | | | | | 1,644.33 |
| Account No. | | | | | May 8, 2007 Personal Guaranty of money loaned to Precison American Metals, LLC | | | | |
| Stamper, Al 1 South 721 Blakewood Winfield, IL 60190 | | J | | | | | | X | |
| | | | | | | | | | 200,000.00 |
| Account No. | | | | | Guaranty for trade debt of Precision American Metals, LLC beginning approximately in 2006 | | | | |
| Steiner Electric Company 2665 Paysphere Circle Chicago, IL 60674 | X | J | | | | | | X | |
| | | | | | | | | | 6,572.80 |
| Account No. | | | | | 2007 Products/Services provided to Precision American Metals, LLC | | | | |
| STS Sanders Tool & Supply 1506 W. Luthy Drive Peoria, IL 61615 | X | J | | | | | | X | |
| | | | | | | | | | 799.52 |

Sheet no. __23__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

211,116.65

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**　　　　　　　　　　　Case No. _____
**Pamela F. Mazurek**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.　　　　　　　　　　　　　　　　 **SW Anderson** **35766 Eagle Way** **Chicago, IL 60678-1357** | X | | J | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 8,041.24 |
| Account No.　　　　　　　　　　　　　　　　 **TCMS** **P.O. Box 934** **Elburn, IL 60119** | X | | J | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 254.54 |
| Account No.　　　　　　　　　　　　　　　　 **The Finishing Company** **2340 N. 17th Avenue** **Franklin Park, IL 60131** | X | | J | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 150.00 |
| Account No.　　　　　　　　　　　　　　　　 **Tiger Drylac USA, Inc.** **1261 E. Belmont Street** **Ontario, CA 91761** | X | | J | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 3,054.70 |
| Account No.　　　　　　　　　　　　　　　　 **Total Staffing Solutions** **P.O. Box 5665** **Naperville, IL 60567-5665** | X | | J | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | X | 27,757.97 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　39,258.45

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Mazurek,**
    **Pamela F. Mazurek**                                   Case No. _____

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 Products/Services provided to Precision American Metals, LLC | | | | |
| **TW Metals 235 Tubeway Drive Carol Stream, IL 60188** | X | J | | | | | X | 768.65 |
| Account No. | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Uline 2200 S. Lakeside Drive Waukegan, IL 60085** | X | J | | | | | X | 66.16 |
| Account No. | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Unishippers 2500 West Higgins Road Ste. 1110 Hoffman Estates, IL 60169** | X | J | | | | | X | 7,411.23 |
| Account No. | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **United Metal Finishers, Inc. 4600 W. Palmer Street Chicago, IL 60639** | X | J | | | | | X | 900.00 |
| Account No. | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **USF Holland 750 East 40th Street Holland, MI 49423** | X | J | | | | | X | 67.28 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal             9,213.32
                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John Michael Mazurek,**
      **Pamela F. Mazurek**
                                                                    Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Viking Materials of Illinois, Inc.**<br>**3225 Como Avenue, S.E.**<br>**Minneapolis, MN 55414** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 20,983.20 |
| Account No.<br><br>**Viking Office Supply**<br>**124 W. State**<br>**Geneva, IL 60134** | X | J | | | **2008**<br>**Products/Services provided to Precision American Metals, LLC** | | | X | 614.35 |
| Account No. **4397 0700 0107 5916**<br><br>**VISA/AirTran**<br>**Card Services**<br>**P.O. Box 13337**<br>**Philadelphia, PA 19101-3337** | | W | | | **2006**<br>**Business expenses for Precision American Metals LLC** | | | | 18,157.32 |
| Account No.<br><br>**W.W. Grainger**<br>**Dept. 869446732**<br>**Palatine, IL 60038-0001** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 2,533.11 |
| Account No.<br><br>**Weldstar Company**<br>**1100 Hamilton Avenue**<br>**Park Forest, IL 60466-3134** | X | J | | | **Products/Services provided to Precision American Metals, LLC beginning in approximately 2006** | | | X | 245.76 |

Sheet no. __**26**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,533.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Michael Mazurek,**
         **Pamela F. Mazurek**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | November 30, 2007 Guaranty of money loaned to Precision American Metals, LLC | | | | |
| **Wenzel, David** **2520 Coach Surrey Lane** **Aurora, IL 60506** | X | J | | | | | X | |
| | | | | | | | | 85,000.00 |
| Account No. | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Westfield Insurance** **P.O. Box 9001566** **Louisville, KY 40290-1566** | X | J | | | | | X | |
| | | | | | | | | 22,844.46 |
| Account No. | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Wilson Tool** **12912 Farnham** **White Bear Lake, MN 55110** | X | J | | | | | X | |
| | | | | | | | | 4,696.88 |
| Account No. | | | | Products/Services provided to Precision American Metals, LLC beginning in approximately 2006 | | | | |
| **Yellow Transportation** **P.O. Box 5901** **Topeka, KS 66605-0901** | X | J | | | | | X | |
| | | | | | | | | 3,227.89 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __27__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,769.23

Total
(Report on Summary of Schedules)

2,054,512.16

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **John Michael Mazurek,**                                    Case No. _____
         **Pamela F. Mazurek**

                                          Debtors                ,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re **John Michael Mazurek,**
    **Pamela F. Mazurek**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Precision Ameican Metals, LLC** | **Country Gas**<br>**4010 US Hwy. 14**<br>**Crystal Lake, IL 60014** |
| **Precision American Metals, LLC** | **Amada America, Inc.**<br>**c/o Connolly Roberts & McGiveny**<br>**55 E. Monroe**<br>**Chicago, IL 60603** |
| **Precision American Metals, LLC** | **American Parts and Service**<br>**744 N. Brookdale Drive**<br>**Schaumburg, IL 60194** |
| **Precision American Metals, LLC** | **Abrasive Solutions**<br>**432 Raintree Drive**<br>**Oswego, IL 60543** |
| **Precision American Metals, LLC** | **Accountemps**<br>**12400 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Precision American Metals, LLC** | **Adams Industries**<br>**1945 N. 30th Street**<br>**Milwaukee, WI 53208** |
| **Precision American Metals, LLC** | **Addison Abrasives**<br>**P.O. Box 1008**<br>**Arlington Heights, IL 60006** |
| **Precision American Metals, LLC** | **Advanta Bank Corp.**<br>**c/o Federated Financial Corp. of Am**<br>**P.O. Box 2034**<br>**Farmington, MI 48333-2034** |
| **Precision American Metals, LLC** | **Air Flow Company, Inc.**<br>**850 W. Fullerton Avenue**<br>**Addison, IL 60101** |
| **Precision American Metals, LLC** | **Airgas North Central**<br>**P.O. Box 2395**<br>**Waterloo, IA 50704** |
| **Precision American Metals, LLC** | **Alpha Coating**<br>**1735 W. Cortland Ct.**<br>**Addison, IL 60101** |

**10**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John Michael Mazurek,**                                            Case No. _____
     **Pamela F. Mazurek**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Precision American Metals, LLC** | **American Express**<br>**c/o NCO Financial Systems**<br>**500 N. Franklin Turnpike**<br>**Ramsey, NJ 07446** |
| **Precision American Metals, LLC** | **Apex Wire Products**<br>**9030 Gage Avenue**<br>**Franklin Park, IL 60131** |
| **Precision American Metals, LLC** | **Atlas Copco**<br>**75 Remittance Drive Suite 3009**<br>**Chicago, IL 60675-3009** |
| **Precision American Metals, LLC** | **Batavia Industrial Center**<br>**1040 Kingsland Drive**<br>**Batavia, IL 60510** |
| **Precision American Metals, LLC** | **Belmont Plating**<br>**9145 King Street**<br>**Franklin Park, IL 60131** |
| **Precision American Metals, LLC** | **Blue Cross**<br>**300 E. Randolph**<br>**Chicago, IL 60601** |
| **Precision American Metals, LLC** | **Bodycote Testing Group**<br>**7530 Frontage Road**<br>**Skokie, IL 60077** |
| **Precision American Metals, LLC** | **Buckeye Fasteners**<br>**P.O. Box 5854**<br>**Cleveland, OH 44193** |
| **Precision American Metals, LLC** | **Bulaw Welding**<br>**750 North Rohlwing Road**<br>**Itasca, IL 60143** |
| **Precision American Metals, LLC** | **C Beyond**<br>**13474 Collection Center Drive**<br>**Chicago, IL 60693** |
| **Precision American Metals, LLC** | **Central Steel & Wire Company**<br>**Cosmopolitan Service Corp.**<br>**1606 Colonial Parkway** |
| **Precision American Metals, LLC** | **City of Batavia**<br>**100 N. Island Avenue**<br>**Batavia, IL 60510** |
| **Precision American Metals, LLC** | **Clear Staff**<br>**Parker & Meltzer**<br>**1420 Renaissance Drive Suite 411**<br>**Park Ridge, IL 60068** |

Sheet __1__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **John Michael Mazurek,**
        **Pamela F. Mazurek**                                          Case No. _____

_____,
                                     Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Precision American Metals, LLC** | **Comer's Welding Inc.**<br>**P.O. Box 317**<br>**Montgomery, IL 60538** |
| **Precision American Metals, LLC** | **Copper & Brass**<br>**415 E. State Parkway**<br>**Schaumburg, IL 60173** |
| **Precision American Metals, LLC** | **D&D Metal Finishing**<br>**457 Camden Drive**<br>**Bloomingdale, IL 60108** |
| **Precision American Metals, LLC** | **DHL**<br>**14105 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Precision American Metals, LLC** | **Diamond Spray Painting, Inc.**<br>**1840 Production Drive**<br>**Saint Charles, IL 60174** |
| **Precision American Metals, LLC** | **Wenzel, David**<br>**2520 Coach Surrey Lane**<br>**Aurora, IL 60506** |
| **Precision American Metals, LLC** | **DuPont Powder Coatings**<br>**9800 Genard Road**<br>**Houston, TX 77041** |
| **Precision American Metals, LLC** | **Dynamex**<br>**5429 LBJ Freeway Suite 1000**<br>**Dallas, TX 75240** |
| **Precision American Metals, LLC** | **EPSI**<br>**4221 Courtney Road**<br>**Franksville, WI 53126** |
| **Precision American Metals, LLC** | **ER Wagner**<br>**8822 W. 47th Street**<br>**Brookfield, IL 60513** |
| **Precision American Metals, LLC** | **Factory Cleaning Equipment**<br>**1578A Beverly Court**<br>**Aurora, IL 60502** |
| **Precision American Metals, LLC** | **Fastenal Supplies**<br>**900 Paramount Parkway**<br>**Batavia, IL 60510** |
| **Precision American Metals, LLC** | **Faze II**<br>**1236 Capitol Drive**<br>**Addison, IL 60101** |

Sheet __**2**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re    **John Michael Mazurek,**                                    Case No. _____
**Pamela F. Mazurek**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Precision American Metals, LLC** | **FBN Enterprises, Inc.**<br>**P.O. Box 381**<br>**Addison, IL 60101** |
| **Precision American Metals, LLC** | **Fed Ex**<br>**942 S. Shady Grove Road**<br>**Memphis, TN 38120** |
| **Precision American Metals, LLC** | **First Choice Staffing, Inc.**<br>**75 Executive Drive, Suite 101**<br>**Aurora, IL 60504** |
| **Precision American Metals, LLC** | **Frankenmuth Insurance**<br>**One Mutual Avenue**<br>**Frankenmuth, MI 48787-0001** |
| **Precision American Metals, LLC** | **Fuchs & Rosselli**<br>**440 West Randolph Street Suite 500**<br>**Chicago, IL 60606** |
| **Precision American Metals, LLC** | **Future Link**<br>**25 W. 658 St. Charles Road**<br>**Carol Stream, IL 60188** |
| **Precision American Metals, LLC** | **Galaxy Associates**<br>**2786 Reliable Parkway**<br>**Chicago, IL 60686-0027** |
| **Precision American Metals, LLC** | **Gatto Ind. Platers Inc.**<br>**4320 W. Roosevelt Road**<br>**Chicago, IL 60644-1430** |
| **Precision American Metals, LLC** | **Groot Industries**<br>**P.O. Box 309**<br>**Elk Grove Village, IL 60009** |
| **Precision American Metals, LLC** | **Hartford Financial Services Group**<br>**One Hartford Plaza**<br>**Hartford, CT 06155** |
| **Precision American Metals, LLC** | **Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** |
| **Precision American Metals, LLC** | **Illinois Lock Company**<br>**301 W. Hintz Road**<br>**Wheeling, IL 60090** |
| **Precision American Metals, LLC** | **Image industries, Inc.**<br>**P.O. Box 92170**<br>**Elk Grove Village, IL 60009** |

Sheet __3__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **John Michael Mazurek,**
    **Pamela F. Mazurek**                                    Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Precision American Metals, LLC** | **Imperial Plating**<br>**7030 West 60th Street**<br>**Chicago, IL 60638** |
| **Precision American Metals, LLC** | **Integrity Rotational Molding**<br>**P.O. Box 665**<br>**Peru, IN 46970** |
| **Precision American Metals, LLC** | **Irish, Joseph**<br>**919 Chesapeake Blvd.**<br>**Grayslake, IL 60030** |
| **Precision American Metals, LLC** | **J&L Industrial Supply**<br>**P.O. Box 382070**<br>**Pittsburgh, PA 15250** |
| **Precision American Metals, LLC** | **Knox & Schneider**<br>**914 West Superior Street**<br>**Chicago, IL 60622** |
| **Precision American Metals, LLC** | **Lost Creek Machine**<br>**3277 E. 18th Road**<br>**Ottawa, IL 61350** |
| **Precision American Metals, LLC** | **Spandikow, Mark**<br>**350 Duane Street**<br>**Glen Ellyn, IL 60137** |
| **Precision American Metals, LLC** | **Mascal Electric Inc.**<br>**1888 State Street**<br>**Dekalb, IL 60115** |
| **Precision American Metals, LLC** | **Mate Precision Tooling**<br>**1295 Lund Blvd.**<br>**Anoka, MN 55303** |
| **Precision American Metals, LLC** | **MCC Technology**<br>**720 N. 17th Street Suite 4**<br>**Saint Charles, IL 60175** |
| **Precision American Metals, LLC** | **Mendel Plumbing & Heating, Inc**<br>**3N640 N. 17th Street**<br>**Saint Charles, IL 60174** |
| **Precision American Metals, LLC** | **MetalSoft**<br>**14921 East Northam Street**<br>**La Mirada, CA 90638** |
| **Precision American Metals, LLC** | **Midwest Steel Blanking Inc.**<br>**57 Eisenhower Lane S**<br>**Lombard, IL 60148** |

Sheet __4__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **John Michael Mazurek,**                        Case No. _____

         **Pamela F. Mazurek**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Precision American Metals, LLC** | **MIE Solutions**<br>**12872 Valley View Ste. 8**<br>**Garden Grove, CA 92845** |
| **Precision American Metals, LLC** | **Minuteman Press**<br>**3 South 009 Route 59**<br>**Warrenville, IL 60555** |
| **Precision American Metals, LLC** | **Monarch Steel Co.**<br>**2464 N. Clybourne Avenue**<br>**Chicago, IL 60614-1918** |
| **Precision American Metals, LLC** | **Nationwide Transportation**<br>**7345 W. 100th Place Suite 204**<br>**Bridgeview, IL 60455** |
| **Precision American Metals, LLC** | **Penske Truck Leasing**<br>**448 W. North Avenue**<br>**Lombard, IL 60148** |
| **Precision American Metals, LLC** | **Pittsburg Paints Division**<br>**P.O. Box 536864**<br>**Atlanta, GA 30353** |
| **Precision American Metals, LLC** | **Precision Screen**<br>**3905 Commerce Drive**<br>**Saint Charles, IL 60174** |
| **Precision American Metals, LLC** | **Prometco**<br>**390 River Ridge**<br>**Elgin, IL 60123** |
| **Precision American Metals, LLC** | **S&N Products, Inc.**<br>**851 N. Raddant Road**<br>**Batavia, IL 60510** |
| **Precision American Metals, LLC** | **Sanders Tool and Supply**<br>**1506 W. Luthy Dr.**<br>**Peoria, IL 61615** |
| **Precision American Metals, LLC** | **Sandpaper Inc. of Illinois**<br>**P.O. Box 2579**<br>**Glen Ellyn, IL 60138** |
| **Precision American Metals, LLC** | **Sikich, LLP**<br>**998 Corporate**<br>**Aurora, IL 60502** |
| **Precision American Metals, LLC** | **Specified Plating**<br>**320 N. Harding Avenue**<br>**Chicago, IL 60624** |

Sheet __5__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re    **John Michael Mazurek,**
　　　　**Pamela F. Mazurek**                                                  Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Precision American Metals, LLC** | **Spitzmesser Inc.**<br>**16629 Spangler**<br>**Plainfield, IL 60586-9632** |
| **Precision American Metals, LLC** | **Spraylat Corporation**<br>**24268 Network Place**<br>**Chicago, IL 60673** |
| **Precision American Metals, LLC** | **Steiner Electric Company**<br>**2665 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Precision American Metals, LLC** | **SW Anderson**<br>**35766 Eagle Way**<br>**Chicago, IL 60678-1357** |
| **Precision American Metals, LLC** | **TCMS**<br>**P.O. Box 934**<br>**Elburn, IL 60119** |
| **Precision American Metals, LLC** | **The Finishing Company**<br>**2340 N. 17th Avenue**<br>**Franklin Park, IL 60131** |
| **Precision American Metals, LLC** | **Tiger Drylac USA, Inc.**<br>**1261 E. Belmont Street**<br>**Ontario, CA 91761** |
| **Precision American Metals, LLC** | **Detelich, Tom**<br>**38 W. 569 Fairway**<br>**Saint Charles, IL 60175** |
| **Precision American Metals, LLC** | **Total Staffing Solutions**<br>**P.O. Box 5665**<br>**Naperville, IL 60567-5665** |
| **Precision American Metals, LLC** | **Uline**<br>**2200 S. Lakeside Drive**<br>**Waukegan, IL 60085** |
| **Precision American Metals, LLC** | **Unishippers**<br>**2500 West Higgins Road Ste. 1110**<br>**Hoffman Estates, IL 60169** |
| **Precision American Metals, LLC** | **United Metal Finishers, Inc.**<br>**4600 W. Palmer Street**<br>**Chicago, IL 60639** |
| **Precision American Metals, LLC** | **USF Holland**<br>**750 East 40th Street**<br>**Holland, MI 49423** |

Sheet __**6**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re     **John Michael Mazurek,**
    **Pamela F. Mazurek**

Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Precision American Metals, LLC** | **Viking Materials of Illinois, Inc.**<br>**3225 Como Avenue, S.E.**<br>**Minneapolis, MN 55414** |
| **Precision American Metals, LLC** | **W.W. Grainger**<br>**Dept. 869446732**<br>**Palatine, IL 60038-0001** |
| **Precision American Metals, LLC** | **Weldstar Company**<br>**1100 Hamilton Avenue**<br>**Park Forest, IL 60466-3134** |
| **Precision American Metals, LLC** | **Westfield Insurance**<br>**P.O. Box 9001566**<br>**Louisville, KY 40290-1566** |
| **Precision American Metals, LLC** | **Wilson Tool**<br>**12912 Farnham**<br>**White Bear Lake, MN 55110** |
| **Precision American Metals, LLC** | **Butler Metal Spinning Corp.**<br>**12120 West Silver Spring Road**<br>**Milwaukee, WI 53225-2930** |
| **Precision American Metals, LLC** | **General Plating Co.**<br>**303 W. Fay**<br>**Addison, IL 60101** |
| **Precision American Metals, LLC** | **Schmidt, Geo T.**<br>**6151 W. Howard**<br>**Niles, IL 60714** |
| **Precision American Metals, LLC** | **Harris Bank**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197-6201** |
| **Precision American Metals, LLC** | **Stamper, Al**<br>**1 South Blakewood**<br>**Winfield, IL 60190** |
| **Precision American Metals, LLC** | **Illinois Tollway Authority**<br>**P.O. Box 5201**<br>**Lisle, IL 60532** |
| **Precision American Metals, LLC** | **Yellow Transportation**<br>**P.O. Box 5901**<br>**Topeka, KS 66605-0901** |
| **Precision American Metals, LLC** | **Joseph T. Ryerson & Son, Inc.**<br>**14920 27th Ave N**<br>**Minneapolis, MN 55447-4813** |

Sheet __7__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John Michael Mazurek,**
          **Pamela F. Mazurek**                                          Case No. _____

                                          _____,
                                          Debtors

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Precision American Metals, LLC** | **American Financial Group**<br>**902 S. Randall Road**<br>**Suite C-201**<br>**Saint Charles, IL 60174** |
| **Precision American Metals, LLC** | **Chicago Suburban Express**<br>**P.O. Box 388568**<br>**Chicago, IL 60638** |
| **Precision American Metals, LLC** | **BL Downey**<br>**2125 Gardner Rd.**<br>**Broadview, IL 60155** |
| **Precision American Metals, LLC** | **Chicago Messenger Service**<br>**3188 Eagle Way**<br>**Chicago, IL 60678-1318** |
| **Precision American Metals, LLC** | **COGS Enterprise**<br>**132 W. Devon**<br>**Bensenville, IL 60106** |
| **Precision American Metals, LLC** | **Columbia Pipe & Supply**<br>**1120 West Pershing Road**<br>**Chicago, IL 60609** |
| **Precision American Metals, LLC** | **Diversified Transportation**<br>**19829 Hamilton Avenue**<br>**Torrance, CA 90502** |
| **Precision American Metals, LLC** | **Degiorgio, Joe**<br>**3640 Woodbury Pointe**<br>**Cumming, GA 30040** |
| **Precision American Metals, LLC** | **Fitch Metal Solutions**<br>**3401 Sandstone Court**<br>**Lake In The Hills, IL 60156** |
| **Precision American Metals, LLC** | **GL Packaging**<br>**1135 Carolina Drive**<br>**Carol Stream, IL 60122** |
| **Precision American Metals, LLC** | **Grainger**<br>**100 Grainger Parkway**<br>**Lake Forest, IL 60045** |
| **Precision American Metals, LLC** | **Great Lakes Specialty Metals**<br>**1720 Tyler Road**<br>**Saint Charles, IL 60174-3412** |
| **Precision American Metals, LLC** | **Hanson Metal Finishing**<br>**479 S. Vista Avenue**<br>**Addison, IL 60101** |

Sheet __8__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re     **John Michael Mazurek,**
     **Pamela F. Mazurek**
                                        ,
                              Debtors

Case No. _____

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Precision American Metals, LLC** | **IB&M Tubular Products**<br>**1919 W. 19th Street**<br>**Broadview, IL 60155-4659** |
| **Precision American Metals, LLC** | **Keneal Graphic Solutions**<br>**679 Parkwood Avenue**<br>**Romeoville, IL 60446** |
| **Precision American Metals, LLC** | **Lowe's Commercial Services**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353** |
| **Precision American Metals, LLC** | **Metrolift**<br>**679 Heartland Drive**<br>**Sugar Grove, IL 60554** |
| **Precision American Metals, LLC** | **Mazurek, Linda**<br>**1530 Orchard Road**<br>**Wheaton, IL 60187** |
| **Precision American Metals, LLC** | **MSC Industrial Supply**<br>**945 Englewood Drive**<br>**Suite E**<br>**Wood Dale, IL 60191** |
| **Precision American Metals, LLC** | **McMaster Carr**<br>**600 N. County Line Road**<br>**Elmhurst, IL 60126-2081** |
| **Precision American Metals, LLC** | **Napco Steel**<br>**1800 Arthur Drive**<br>**West Chicago, IL 60185** |
| **Precision American Metals, LLC** | **Prairie State Packaging**<br>**917 W. Wilson Street**<br>**Box 511**<br>**Batavia, IL 60510** |
| **Precision American Metals, LLC** | **Riteway Brake Dies, inc.**<br>**7440 W. 100th Pl.**<br>**Bridgeview, IL 60455** |
| **Precision American Metals, LLC** | **Safety Supply of Illinois**<br>**1040 Kingsland Drive**<br>**Batavia, IL 60510** |
| **Precision American Metals, LLC** | **STS Sanders Tool & Supply**<br>**1506 W. Luthy Drive**<br>**Peoria, IL 61615** |
| **Precision American Metals, LLC** | **TW Metals**<br>**235 Tubeway Drive**<br>**Carol Stream, IL 60188** |

Sheet __9__ of __10__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John Michael Mazurek,**
      **Pamela F. Mazurek**
                                                   ,

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Precision American Metals, LLC** | **Viking Office Supply**<br>**124 W. State**<br>**Geneva, IL 60134** |
| **Precision American Metals, LLC** | **NICOR Gas**<br>**P.O. Box 2020**<br>**Chicago, IL 60607-2020** |
| **Precision American Metals, LLC** | **Joseph T. Reyerson & Son, Inc.**<br>**7440 W. 100th Place**<br>**Midlothian, IL 60445** |
| **Precision American Mets, LLC** | **Corr-Pak**<br>**8000 Joliet Road**<br>**La Grange, IL 60525** |

Sheet __10__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

| In re | John Michael Mazurek<br>Pamela F. Mazurek | Case No. | |
|---|---|---|---|
| | Debtor(s) | | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Farmer, Cody<br>Mazurek, Michael<br>Farmer, Justin | AGE(S):<br>11<br>19<br>7 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales | None |
| Name of Employer | Mazurek, John | Mazurek, Pamela |
| How long employed | 3 weeks | None |
| Address of Employer | 7 N 295 Whispering Trail<br>Saint Charles, IL 60175 | 7 N 295 Whispering Trail<br>Saint Charles, IL 60175 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 15,500.00 | $ 0.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 15,500.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 15,500.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ 1,825.00 |
| 11. Social security or government assistance<br>(Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ 1,825.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 15,500.00 | $ 1,825.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 17,325.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    Monthly income is actually draw against actual commissions earned through 8/2009, with setoff rights. The draw also decreases under the independent Sales Representative Agreement, a copy of which is attached.

B6J (Official Form 6J) (12/07)

In re  John Michael Mazurek
       Pamela F. Mazurek                                    Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,949.60 |
| a. Are real estate taxes included?                Yes  X        No ___ | | |
| b. Is property insurance included?                Yes ___      No  X | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 386.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 263.57 |
| d. Other  Cable, Internet & Phone | $ | 379.99 |
| 3. Home maintenance (repairs and upkeep) | $ | 500.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 550.00 |
| 8. Transportation (not including car payments) | $ | 1,200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 440.00 |
| 10. Charitable contributions | $ | 550.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 153.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 748.00 |
| d. Auto | $ | 80.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  Estimate Income Taxes | $ | 150.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 389.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 1,200.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 3,850.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 16,189.16 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
   Son leaves for college/more travel to generate commissions.

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 17,325.00 |
| b.   Average monthly expenses from Line 18 above | $ | 16,189.16 |
| c.   Monthly net income (a. minus b.) | $ | 1,135.84 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  John Michael Mazurek
     Pamela F. Mazurek

Debtor(s)

Case No. _____

Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __51__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  October  2, 2008

Signature  /s/ John Michael Mazurek

John Michael Mazurek
Debtor

Date  October  2, 2008

Signature  /s/ Pamela F. Mazurek

Pamela F. Mazurek
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    John Michael Mazurek
Pamela F. Mazurek

_____
Debtor(s)

Case No. _____

Chapter        7 _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $103,384.00 | 2006 Joint Income Tax Return |
| $144,231.00 | 2007 Joint Income Tax Return |
| $100,000.00 | 2008 Year to Date |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

            AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| American Honda Finance P.O. Box 60001 City Of Industry, CA 91716-0001 | 8/30/2008 | $7,500.00 | $0.00 |
| National City Mortgage P.O. Box 533510 Atlanta, GA 30353-3510 | July, August & September 2008 $3,949.60 per month | $11,848.80 | $564,286.00 |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Harris N.A. v. Precision American Metals, LLC; John M. Mazurek & Pamela F. Mazurek 08 L 327 | Note; Guaranty of business loan | Cook County | Judgement entered |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Amada America, Inc. v. Precision American Metals, LLC; John M. Mazurek & Pamela F. Mazurek 08 L 469 | Citation to discover assets to enforce Federal Court judgement (08 C 1706, N.D. Ill.) | Kane County | Citation continued |
| Viking Materials, Inc. v. Precision American Metals, LLC; John M. Mazurek 07 MI 199883 | Breach of Contract | Cook County Municipal Division | Judgement entered |
| Joseph T. Ryerson & Son, Inc. v. Precision American Metals, LLC and Pamela Mazurek | Breach of Contract | Fourth District Hennepin County, MN | Pending |
| Keith Kuzelka v. John Mazurek 08 AR 1828 | Breach of Contract | DuPage County | Pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Harris Consumer Lending 3800 West Golf Road Suite 300 Rolling Meadows, IL 60008 | 9/19/2008 Voluntary Surrender | 2001 F350 Truck Value: $4,000.00 |

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Christ Community Church 37 W. 100 Bolcum Road Saint Charles, IL 60175 | Church | Monthly - $400.00 | $5,000.00 |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Golan & Christie LLP 70 West Madison Suite 1500 Chicago, IL 60602 | July 2008 | $5,000.00 |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| American Honda Finance<br>P.O. Box 5308<br>Elgin, IL 60121-5308 | Loan for purchase of Honda Odyssey paid off, final balance $0.00 | $7,500.00<br>August 30, 2008 |

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| National City Bank<br>P.O. Box 533510<br>Atlanta, GA 30353-3510 | John M. Mazurek<br>Pamela F. Mazurek | Passports; Childrens Birth and shot/ Medical Records | N/A |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Precision American Metals, LLC | 20-9005821 | 1040 Kingsland Batavia, IL 60510 | Metal Fabrication | July 2006 - August 2008 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                    DATES SERVICES RENDERED

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                 NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                  RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                 NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                 TITLE                       NATURE AND PERCENTAGE
                                                             OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                      ADDRESS                                      DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                                      DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                             DATE AND PURPOSE                           AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                             OR DESCRIPTION AND
                                                                                   VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   October  2, 2008                   Signature   /s/ John Michael Mazurek
                                                       John Michael Mazurek
                                                       Debtor

Date   October  2, 2008                   Signature   /s/ Pamela F. Mazurek
                                                       Pamela F. Mazurek
                                                       Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    John Michael Mazurek
       Pamela F. Mazurek                                                Case No.

                                                  Debtor(s)        Chapter     7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2007 Honda Ridgeline Truck | American Honda Finance | | | | X |
| 7 N 295 Whispering Trail St. Charles, IL | National City Mortgage | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date  October  2, 2008         Signature  /s/ John Michael Mazurek
                                              John Michael Mazurek
                                            Debtor

Date  October  2, 2008         Signature  /s/ Pamela F. Mazurek
                                              Pamela F. Mazurek
                                            Joint Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re   John Michael Mazurek
_____ Pamela F. Mazurek _____   Case No. _____
                                                Debtor(s)   Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................   $ _____5,000.00

    Prior to the filing of this statement I have received ...................................................   $ _____5,000.00

    Balance Due ..............................................................................................................   $ _____0.00

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation
        agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance
        of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any
        other adversary proceeding.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   October 2, 2008 _____   /s/ Barbara L. Yong _____
                                                    Barbara L. Yong
                                                    Golan & Christie LLP
                                                    70 W. Madison
                                                    Suite 1500
                                                    Chicago, IL 60602
                                                    (312) 263-2300  Fax: (312) 263-0939
                                                    Blyong@golanchristie.com

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Barbara L. Yong | X /s/ Barbara L. Yong | October 2, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| John Michael Mazurek
Pamela F. Mazurek | X /s/ John Michael Mazurek | October 2, 2008 |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |

| Case No. (if known) | X /s/ Pamela F. Mazurek | October 2, 2008 |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re  John Michael Mazurek
       Pamela F. Mazurek

Case No. _____

                                    Debtor(s)

Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              144

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  October  2, 2008

/s/ John Michael Mazurek
John Michael Mazurek
Signature of Debtor

Date:  October  2, 2008

/s/ Pamela F. Mazurek
Pamela F. Mazurek
Signature of Debtor

Abrasive Solutions
432 Raintree Drive
Oswego, IL 60543


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Adams Industries
1945 N. 30th Street
Milwaukee, WI 53208


Addison Abrasives
P.O. Box 1008
Arlington Heights, IL 60006


Advanta Bank Corp.
c/o Federated Financial Corp. of Am
P.O. Box 2034
Farmington, MI 48333-2034


Air Flow Company, Inc.
850 W. Fullerton Avenue
Addison, IL 60101


Airgas North Central
P.O. Box 2395
Waterloo, IA 50704


Alpha Coating
1735 W. Cortland Ct.
Addison, IL 60101


Amada America, Inc.
c/o Connolly Roberts & McGiveny
55 E. Monroe
Chicago, IL 60603


American Express
c/o NCO Financial Systems
500 N. Franklin Turnpike
Ramsey, NJ 07446

American Financial Group
902 S. Randall Road
Suite C-201
Saint Charles, IL 60174


American Honda Finance
20800 Madrona Avenue
Torrance, CA 90503


American Parts and Service
744 N. Brookdale Drive
Schaumburg, IL 60194


Apex Wire Products
9030 Gage Avenue
Franklin Park, IL 60131


Atlas Copco
75 Remittance Drive Suite 3009
Chicago, IL 60675-3009


Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726


Bank of America
P.O. Box 15102
Wilmington, DE 19886-5102


Batavia Industrial Center
1040 Kingsland Drive
Batavia, IL 60510


Belmont Plating
9145 King Street
Franklin Park, IL 60131


BL Downey
2125 Gardner Rd.
Broadview, IL 60155


Blue Cross
300 E. Randolph
Chicago, IL 60601

BMW Bank of North America
Penncro Associates, Inc.
P.O. Box 1878
Southampton, PA 18966-9998


Bodycote Testing Group
7530 Frontage Road
Skokie, IL 60077


Buckeye Fasteners
P.O. Box 5854
Cleveland, OH 44193


Bulaw Welding
750 North Rohlwing Road
Itasca, IL 60143


Butler Metal Spinning Corp.
12120 West Silver Spring Road
Milwaukee, WI 53225-2930


C Beyond
13474 Collection Center Drive
Chicago, IL 60693


Central Steel & Wire Company
Cosmopolitan Service Corp.
1606 Colonial Parkway


Chase
Card Member Services
P.O. Box 15153
Wilmington, DE 19886-5153


Chicago Messenger Service
3188 Eagle Way
Chicago, IL 60678-1318


Chicago Suburban Express
P.O. Box 388568
Chicago, IL 60638


City of Batavia
100 N. Island Avenue
Batavia, IL 60510

Clear Staff
Parker & Meltzer
1420 Renaissance Drive Suite 411
Park Ridge, IL 60068


COGS Enterprise
132 W. Devon
Bensenville, IL 60106


Columbia Pipe & Supply
1120 West Pershing Road
Chicago, IL 60609


Comer's Welding Inc.
P.O. Box 317
Montgomery, IL 60538


Copper & Brass
415 E. State Parkway
Schaumburg, IL 60173


Corr-Pak
8000 Joliet Road
La Grange, IL 60525


Country Gas
4010 US Hwy. 14
Crystal Lake, IL 60014


D&D Metal Finishing
457 Camden Drive
Bloomingdale, IL 60108


Degiorgio, Joe
3640 Woodbury Pointe
Cumming, GA 30040


Detelich, Tom
38 W. 569 Fairway
Saint Charles, IL 60175


DHL
14105 Collections Center Drive
Chicago, IL 60693

Diamond Spray Painting, Inc.
1840 Production Drive
Saint Charles, IL 60174


Diversified Transportation
19829 Hamilton Avenue
Torrance, CA 90502


DuPont Powder Coatings
9800 Genard Road
Houston, TX 77041


Dynamex
5429 LBJ Freeway Suite 1000
Dallas, TX 75240


EPSI
4221 Courtney Road
Franksville, WI 53126


ER Wagner
8822 W. 47th Street
Brookfield, IL 60513


Factory Cleaning Equipment
1578A Beverly Court
Aurora, IL 60502


Fastenal Supplies
900 Paramount Parkway
Batavia, IL 60510


Faze II
1236 Capitol Drive
Addison, IL 60101


FBN Enterprises, Inc.
P.O. Box 381
Addison, IL 60101


Fed Ex
942 S. Shady Grove Road
Memphis, TN 38120

First Choice Staffing, Inc.
75 Executive Drive, Suite 101
Aurora, IL 60504


Fitch Metal Solutions
3401 Sandstone Court
Lake In The Hills, IL 60156


Frankenmuth Insurance
One Mutual Avenue
Frankenmuth, MI 48787-0001


Fuchs & Rosselli
440 West Randolph Street Suite 500
Chicago, IL 60606


Future Link
25 W. 658 St. Charles Road
Carol Stream, IL 60188


Galaxy Associates
2786 Reliable Parkway
Chicago, IL 60686-0027


Gatto Ind. Platers Inc.
4320 W. Roosevelt Road
Chicago, IL 60644-1430


General Plating Co.
303 W. Fay
Addison, IL 60101


GL Packaging
1135 Carolina Drive
Carol Stream, IL 60122


Grainger
100 Grainger Parkway
Lake Forest, IL 60045


Great Lakes College Loan Corp.
P.O. Box 3059
Milwaukee, WI 53201-3059

Great Lakes Specialty Metals
1720 Tyler Road
Saint Charles, IL 60174-3412


Groot Industries
P.O. Box 309
Elk Grove Village, IL 60009


Hanson Metal Finishing
479 S. Vista Avenue
Addison, IL 60101


Harris Bank
P.O. Box 6201
Carol Stream, IL 60197-6201


Harris Bank
3800 Golf Road Suite 300
Rolling Meadows, IL 60008


Hartford Financial Services Group
One Hartford Plaza
Hartford, CT 06155


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029


IB&M Tubular Products
1919 W. 19th Street
Broadview, IL 60155-4659


Illinois Lock Company
301 W. Hintz Road
Wheeling, IL 60090


Illinois Tollway Authority
P.O. Box 5201
Lisle, IL 60532


Image industries, Inc.
P.O. Box 92170
Elk Grove Village, IL 60009

Imperial Plating
7030 West 60th Street
Chicago, IL 60638


Integrity Rotational Molding
P.O. Box 665
Peru, IN 46970


Irish, Joseph
919 Chesapeake Blvd.
Grayslake, IL 60030


J&L Industrial Supply
P.O. Box 382070
Pittsburgh, PA 15250


Joseph T. Reyerson & Son, Inc.
7440 W. 100th Place
Midlothian, IL 60445


Keneal Graphic Solutions
679 Parkwood Avenue
Romeoville, IL 60446


Knox & Schneider
914 West Superior Street
Chicago, IL 60622


Kuzelka, Keith
1175 Litchfield Lane
Bartlett, IL 60103


Lost Creek Machine
3277 E. 18th Road
Ottawa, IL 61350


Lowe's Commercial Services
P.O. Box 530970
Atlanta, GA 30353


Mascal Electric Inc.
1888 State Street
Dekalb, IL 60115

Mate Precision Tooling
1295 Lund Blvd.
Anoka, MN 55303


Mazurek, Linda
1530 Orchard Road
Wheaton, IL 60187


MCC Technology
720 N. 17th Street Suite 4
Saint Charles, IL 60175


McMaster Carr
600 N. County Line Road
Elmhurst, IL 60126-2081


Mendel Plumbing & Heating, Inc
3N640 N. 17th Street
Saint Charles, IL 60174


MetalSoft
14921 East Northam Street
La Mirada, CA 90638


Metrolift
679 Heartland Drive
Sugar Grove, IL 60554


Midwest Steel Blanking Inc.
57 Eisenhower Lane S
Lombard, IL 60148


MIE Solutions
12872 Valley View Ste. 8
Garden Grove, CA 92845


Minuteman Press
3 South 009 Route 59
Warrenville, IL 60555


Monarch Steel Co.
2464 N. Clybourne Avenue
Chicago, IL 60614-1918

MSC Industrial Supply
945 Englewood Drive
Suite E
Wood Dale, IL 60191


Napco Steel
1800 Arthur Drive
West Chicago, IL 60185


National City Mortgage
P.O. Box 533510
Atlanta, GA 30353-3510


Nationwide Transportation
7345 W. 100th Place Suite 204
Bridgeview, IL 60455


NICOR Gas
P.O. Box 2020
Chicago, IL 60607-2020


Penske Truck Leasing
448 W. North Avenue
Lombard, IL 60148


Pittsburg Paints Division
P.O. Box 536864
Atlanta, GA 30353


Prairie State Packaging
917 W. Wilson Street
Box 511
Batavia, IL 60510


Precision Ameican Metals, LLC


Precision American Metals, LLC


Precision American Mets, LLC

Precision Screen
3905 Commerce Drive
Saint Charles, IL 60174


Prometco
390 River Ridge
Elgin, IL 60123


Riteway Brake Dies, inc.
7440 W. 100th Pl.
Bridgeview, IL 60455


S&N Products, Inc.
851 N. Raddant Road
Batavia, IL 60510


Safety Supply of Illinois
1040 Kingsland Drive
Batavia, IL 60510


Sanders Tool and Supply
1506 W. Luthy Dr.
Peoria, IL 61615


Sandpaper Inc. of Illinois
P.O. Box 2579
Glen Ellyn, IL 60138


Schmidt, Geo T.
6151 W. Howard
Niles, IL 60714


Sikich, LLP
998 Corporate
Aurora, IL 60502


Spandikow, Mark
350 Duane Street
Glen Ellyn, IL 60137


Specified Plating
320 N. Harding Avenue
Chicago, IL 60624

Spitzmesser Inc.
16629 Spangler
Plainfield, IL 60586-9632


Spraylat Corporation
24268 Network Place
Chicago, IL 60673


Stamper, Al
1 South 721 Blakewood
Winfield, IL 60190


Steiner Electric Company
2665 Paysphere Circle
Chicago, IL 60674


STS Sanders Tool & Supply
1506 W. Luthy Drive
Peoria, IL 61615


SW Anderson
35766 Eagle Way
Chicago, IL 60678-1357


TCMS
P.O. Box 934
Elburn, IL 60119


The Finishing Company
2340 N. 17th Avenue
Franklin Park, IL 60131


Tiger Drylac USA, Inc.
1261 E. Belmont Street
Ontario, CA 91761


Total Staffing Solutions
P.O. Box 5665
Naperville, IL 60567-5665


TW Metals
235 Tubeway Drive
Carol Stream, IL 60188

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


Unishippers
2500 West Higgins Road Ste. 1110
Hoffman Estates, IL 60169


United Metal Finishers, Inc.
4600 W. Palmer Street
Chicago, IL 60639


USF Holland
750 East 40th Street
Holland, MI 49423


Viking Materials of Illinois, Inc.
3225 Como Avenue, S.E.
Minneapolis, MN 55414


Viking Office Supply
124 W. State
Geneva, IL 60134


VISA/AirTran
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337


W.W. Grainger
Dept. 869446732
Palatine, IL 60038-0001


Weldstar Company
1100 Hamilton Avenue
Park Forest, IL 60466-3134


Wenzel, David
2520 Coach Surrey Lane
Aurora, IL 60506


Westfield Insurance
P.O. Box 9001566
Louisville, KY 40290-1566

```
Wilson Tool
12912 Farnham
White Bear Lake, MN 55110


Yellow Transportation
P.O. Box 5901
Topeka, KS 66605-0901
```